FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

NOV 10 2026

GARY P. SEDAR
CLERK OF COURT

BY ______
DEPUTY CLERK

MELISSA HOLYOAK, United States Attorney (#9832)
JAWAYRIA Z. AUCHTER, Assistant United States Attorney (IL #6313178)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: jawayria.auchter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM HUNTER HARMEL,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: 18 U.S.C. § 2423(a), Transportation with Intent to Engage in Criminal Sexual Activity<br><br>Case: 1:26-cr-00076<br>Assigned To : Barlow, David<br>Assign. Date : 11/10/2026<br>Description: USA v. |

The Grand Jury Charges:

**COUNT 1**

18 U.S.C. § 2423(a)

(Transportation with Intent to Engage in Criminal Sexual Activity)

Beginning in or about May 2025, and continuing until November 1, 2026, in the District of Utah and elsewhere,

ADAM HUNTER HARMEL,

the defendant herein, did knowingly transport an individual, (Minor Victim "MV") MV, who had not attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense; all in violation of 18 U.S.C. § 2423(a).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2423, the defendant shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

The United States may seek a forfeiture money judgment and may seek to forfeit substitute assets as authorized by 21 U.S.C. § 853(p).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

JAWAYRIA Z. AUCHTER
Assistant United States Attorney