Query Reports Utilities Help What's New Log Out

TERMED,TRANSF

# U.S. District Court
# District of Idaho (LIVE) NextGen 1.9 (Boise - Southern)
# CRIMINAL DOCKET FOR CASE #: 1:26-mj-00284-REP All Defendants

| | |
|---|---|
| Case title: USA v. Harmel | Date Filed: 11/03/2026 |
| | Date Terminated: 11/10/2026 |

---

Assigned to: US Magistrate Judge
Raymond E. Patricco

**Defendant (1)**

| | | |
|---|---|---|
| **Adam Hunter Harmel**<br>*TERMINATED: 11/10/2026* | represented by | **Idaho Federal Defender**<br>Federal Defender Services of Idaho Inc<br>702 West Idaho Street, Suite 1000<br>Boise, ID 83702<br>(208) 331-5500<br>Email: joy_fish@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Query Reports Utilities Help What's New Log Out

**USA** represented by **Erin Blackadar**
DOJ-USAO
1290 W Myrtle St
Ste 500
Boise, ID 83702
208-334-1211
Email: erin.blackadar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2026 | 2 | Rule 5(c)(3) Documents Received from the District of Utah 2:26-mj-00872-DAO as to Adam Hunter Harmel (Notice sent to USP & USM) (Attachments: # 1 Warrant, # 2 Docket Sheet)(lm) (Additional attachment(s) added on 11/10/2026: # 3 Indictment- Harmel) (ac). |
| 11/03/2026 | 3 | DOCKET TEXT NOTICE OF HEARING as to Adam Hunter Harmel (Notice sent to USP & USM) Initial Appearance - Rule 5(c)(3) set for 11/4/2026 10:30 AM in Boise - Courtroom 7 before US Magistrate Judge Raymond E. Patricco. (bf) |
| 11/03/2026 | 4 | MOTION for Detention (Notice sent to USP) by USA as to Adam Hunter Harmel. (Blackadar, Erin) |
| 11/04/2026 | 5 | Minute Entry for proceedings held before US Magistrate Judge Raymond E. Patricco:Initial Appearance in Rule 5(c)(3)/Rule 32 Proceedings as to Adam Hunter Harmel held on 11/4/2026 (Notice sent to USP & USM). (Detention and Preliminary Hearing set for 11/10/2026 11:00 AM in Boise - Courtroom 7 before US Magistrate Judge Raymond E. Patricco). (ESR D. VanMeer.) Audio File Location Boise - Courtroom 7. (dmv) |
| 11/04/2026 | 6 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Adam Hunter Harmel. On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defender Services of Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dmv) |
| 11/04/2026 | 7 | CJA 23 Financial Affidavit by Adam Hunter Harmel (jd) |
| 11/04/2026 | 8 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Adam Hunter Harmel (jd) |
| 11/04/2026 | 9 | WAIVER of Rule 5(c)(3) Hearing by Adam Hunter Harmel (Notice sent to USP & USM) (jd) |

| | | |
|---|---|---|
| | | mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 11/09/2026 | 11 | RESPONSE in Support by USA as to Adam Hunter Harmel re 4 MOTION for Detention (Notice sent to USP) (Blackadar, Erin) |
| 11/10/2026 | 12 | Minute Entry for proceedings held before US Magistrate Judge Raymond E. Patricco:Initial Appearance in Rule 5(c)(3)/Rule 32 and Detention Hearing as to Adam Hunter Harmel held on 11/10/2026. Defendant ordered detained pending further proceedings. (Notice sent to USP & USM) (ESR D. VanMeer.) Audio File Location Boise - Courtroom 7. (dmv) |
| 11/10/2026 | 13 | ORDER OF DETENTION PENDING TRIAL - as to Adam Hunter Harmel (Notice sent to USM). Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (ac) |
| 11/10/2026 | 14 | COMMITMENT TO ANOTHER DISTRICT as to Adam Hunter Harmel. Defendant committed to District of UTAH (Notice sent to USM). Signed by US Magistrate Judge Raymond E. Patricco.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (ac) |
| 11/10/2026 | 15 | Notice to District of Utah of a Rule 5 or Rule 32 Initial Appearance as to Adam Hunter Harmel. Your case number is: 1:26-cr-00076. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (ac) |